450 A.2d 186

Commonwealth v. Resek, Appellant.

Commonwealth v. Cook, Appellant.

Argued October 13, 1981.  G.W. Wilde, for appellants;  Kemal Alexander Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and MONTEMURO, JJ.

Orders affirmed.

450 A.2d 186

Commonwealth v. Rogers, Appellant.

Petition for Allowance of Appeal
Denied Jan. 11, 1983.

Submitted November 9, 1981.  R. Charles Thomas, for appellant;  Douglas W. Ferguson, District Attorney, for Commonwealth, appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.